IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS NABONNE,

    Plaintiff,                      No. CIV S-05-1312 FCD JFM P

    vs.

DR. CLOSE, et al.,

    Defendants.              <u>ORDER</u>

                        /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a partial request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(b).

        Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's partial request to proceed in forma pauperis.

/////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on plaintiff's partial request to proceed in forma

3  pauperis;

4  2. This action is transferred to the United States District Court for the Eastern

5  District of California sitting in Fresno; and

6  3. All future filings shall reference the new Fresno case number assigned and

7  shall be filed at:

8  United States District Court
   Eastern District of California
9  1130 "O" Street
   Fresno, CA 93721
10

11 DATED: July 6, 2005.

12

13 UNITED STATES MAGISTRATE JUDGE

14

15 kf
   nabo1312.22
16